# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cv471-RJC-DCK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARVIN'S FRESH FARMHOUSE, INC., )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court sua sponte. After an initial review of the Complaint in this matter, the Court finds no evidence that venue lies in the this Court. Pursuant to 28 U.S.C. § 1391(b), the United States District Court for the Middle District of North Carolina appears to be the appropriate venue for this action, as the defendant resides in that district, and a substantial part of the events or omissions giving rise to the claim allegedly occurred there. Therefore, pursuant to 28 U.S.C. § 1404(a), the Court will transfer this matter to the United States District Court for the Middle District of North Carolina.

**IT IS, THEREFORE, ORDERED** that this case is **TRANSFERRED** to the Middle District of North Carolina, and the Clerk is **DIRECTED** to effectuate the transfer.

Signed: November 2, 2010

Robert J. Conrad, Jr.
Chief United States District Judge